David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 07-24469 WTT |
| SPENCER L. DATTAGE and SHEENA L. DATTAGE, | Chapter 7 |
| Debtors. |  |

**DEPOSIT OF UNCLAIMED FUNDS**

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. That amount listed below represents unclaimed funds payable to the court pursuant to Bankruptcy Rule 3010.

2. The following check was issued to the creditor listed below in the amount specified. The check was not cashed and the Trustee has stopped payment on it:

    Check No. 105 dated 4/8/11    Bankruptcy Department - 1269 B5F03-B    $7.30
                                             Alltel Corporation
                                             1 Allied Drive
                                             Little Rock, AR 72202-9918

3. A check in the amount of $7.30, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 11th day of July 2011.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

_David C. West_
David C. West